DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**DANIEL SECU GODICIU** and **DANIELA SECU GODICIU,**
Appellees.

No. 4D13-4607

[March 18, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. 09-65416 CACE (05).

Stephen J. Poljak and Michael A. Packer of Marshall, Dennehey, Warner, Coleman & Coggin, Fort Lauderdale, for appellant.

Kimberly Hendee and Laura Datz of Austin & Laurato, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed. See Citizens Prop. Ins. Corp. v. Munoz,* No. 2D13-3899, 2014WL7331095, at *1-2 (Fla. 2d DCA Dec. 24, 2014); *Mejia v. Citizens Prop. Ins. Corp.,* No. 2D13-2248, 2014WL6675717, at *1 (Fla. 2d DCA Nov. 26, 2014); *Hudson v. Prudential Prop. & Cas. Ins. Co.,* 450 So. 2d 565, 568 (Fla. 2d DCA 1984).

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***